```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10413
   SANDRA A TROTTER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8030

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/23/2006 and was confirmed 11/09/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 06/12/2008.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
   SAXON MORTGAGE             CURRENT MORTG   31490.14              .00     31490.14
   SAXON MORTGAGE             MORTGAGE ARRE   30780.14              .00          .00
   PIERCE & ASSOC             NOTICE ONLY     NOT FILED             .00          .00
   TOYOTA MOTOR CREDIT CORP   SECURED VEHIC         .00             .00          .00
   TIMOTHY K LIOU             DEBTOR ATTY      1,699.20                          .00
   TOM VAUGHN                 TRUSTEE                                       2,121.86
   DEBTOR REFUND              REFUND                                             .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
   TRUSTEE              33,612.00

   PRIORITY                                            .00
   SECURED                                       31,490.14
   UNSECURED                                            .00
   ADMINISTRATIVE                                       .00
   TRUSTEE COMPENSATION                           2,121.86
   DEBTOR REFUND                                        .00
                        ---------------        ---------------
   TOTALS               33,612.00                33,612.00




                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 10413 SANDRA A TROTTER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE